# EXHIBIT P



**From:** Ratay, Olivia oratay@cambridgema.gov
**Subject:** RE: 38-38 Banks Street, Cambridge - Request for meeting
**Date:** February 28, 2024 at 11:17 AM
**To:** Sarah Rhatigan sarah@trilogylaw.com
**Cc:** Singanayagam, Ranjit ranjits@cambridgema.gov, Karen Greene kgreene@brunercott.com, Jason Jewhurst jjewhurst@brunercott.com

Hi Sarah,

My schedule so tight this afternoon, I could do a brief meeting at 1:30.

Regards,

**Olivia Ratay** | Zoning Specialist
*City of Cambridge*
*Inspectional Services Department*
617.349.6110

## **New Counter Hours Effective February 5, 2024**
**Morning Sessions:**
Monday - Thursday: 7 a.m. - 8:30 a.m.
Friday: 7 a.m. - 8:30 a.m. and 11 a.m. - 12 p.m.

**Afternoon Sessions:**
Monday: 3:30 p.m. - 5:30 p.m.
Tuesday - Thursday: 2:30 p.m. - 3:30 p.m.

**From:** Sarah Rhatigan <sarah@trilogylaw.com>
**Sent:** Wednesday, February 28, 2024 10:58 AM
**To:** Ratay, Olivia <oratay@cambridgema.gov>
**Cc:** Singanayagam, Ranjit <ranjits@cambridgema.gov>; Karen Greene <kgreene@brunercott.com>; Jason Jewhurst <jjewhurst@brunercott.com>
**Subject:** Re: 38-38 Banks Street, Cambridge - Request for meeting

Hello Olivia-

Thanks you for bringing this concern to our attention. We should meet to discuss this in greater detail.  As a preliminary matter, just to clarify, when we met we described that the building at 54-56 is a parsonage, the home where the Rabbi and his family reside.  That building will not be touched in this project, and is included in the application simply because of the merger of ownership of all three parcels.  The uses within the 38-40 and 48 Banks Street structures and new connector addition will continue the current uses as a religious center for worship, shabbat dinners (which are a central aspect of the practice of the Jewish faith, religious education.  This is not proposed to be a "social or recreational center."  The dining facilities shown in the plans are analogous to a church's kitchen, to support meals following a service.

I will be in Cambridge this afternoon and available to discuss this in person.  Please let me know about your availability.

Thank you,
-Sarah

Sarah Like Rhatigan, Esq.
Trilogy Law LLC
12 Marshall Street
Boston, MA 02108
Tel: 617-543-7009
Email:Sarah@trilogylaw.com

On Feb 28, 2024, at 9:54 AM, Ratay, Olivia <oratay@cambridgema.gov> wrote:

Good Morning Sarah,

I wanted to bring this to your attention before you get to the BZA. In review of the project, there has been a questioned raised on the use being a- of-right. In our meeting you had mentioned that the intended use was parsonage (4.33.a.1), but looking at the website and intention of the spaces throughout the structure it appears that it may be a social or recreation center for religious purpose (4.33.a.4), which may need a special permit for the use.

Regards,

**Olivia Ratay** | Zoning Specialist
*City of Cambridge*
*Inspectional Services Department*
617.349.6110

**<u>*New Counter Hours Effective February 5, 2024</u>**
**Morning Sessions:**
Monday - Thursday: 7 a.m. - 8:30 a.m.
Friday: 7 a.m. - 8:30 a.m. and 11 a.m. - 12 p.m.

**Afternoon Sessions:**
Monday: 3:30 p.m. - 5:30 p.m.
Tuesday - Thursday: 2:30 p.m. - 3:30 p.m.

---

**From:** Sarah Rhatigan <sarah@trilogylaw.com>
**Sent:** Thursday, February 15, 2024 1:47 PM
**To:** Ratay, Olivia <oratay@cambridgema.gov>
**Cc:** Singanayagam, Ranjit <ranjits@cambridgema.gov>; Karen Greene <kgreene@brunercott.com>; Jason Jewhurst <jjewhurst@brunercott.com>
**Subject:** Re: 38-38 Banks Street, Cambridge - Request for meeting

Thanks for confirming Olivia. And thanks for your time the other day reviewing the plan set. We hope to be filing in the next couple weeks. Thanks again, Sarah.
Sarah Like Rhatigan