UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO.: 1:24-cv-12403-FDS

LUBAVITCH OF CAMBRIDGE, INC.

    Plaintiff,

v.

CAMBRIDGE BOARD OF ZONING APPEAL and CITY OF CAMBRIDGE,

    Defendants,

## NOTICE OF APPEARANCE OF LEONARD H. KESTEN

Please enter my appearance on behalf of the Defendants, Cambridge Board of Zoning Appeal and City of Cambridge, in the above-captioned action.

Respectfully submitted,

*/s/ Leonard H. Kesten*
Leonard H. Kesten, BBO# 542042
BRODY, HARDOON, PERKINS & KESTEN, LLP
265 Franklin Street, 12th Floor
Boston, MA 02110
(617) 880-7100
lkesten@bhpklaw.com

Dated: October 8, 2024

1

2

**CERTIFICATE OF SERVICE**

      I hereby certify that this document was filed through the ECF system and will therefore be sent electronically to the registered participants as identified on the Notice of Electric Filing (NEF) and paper copies will be sent to those participants indicated as non-registered participants.

                                                */s/ Leonard H. Kesten*
                                                Leonard H. Kesten, BBO# 542042

Dated: October 8, 2024