UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO.: 1:24-cv-12403-FDS

LUBAVITCH OF CAMBRIDGE, INC.

      Plaintiff,

v.

CAMBRIDGE BOARD OF ZONING APPEAL
and CITY OF CAMBRIDGE,

      Defendants,

## JOINT REQUEST FOR REFERRAL TO COURT'S ADR PROGRAM

The parties jointly request that this Honorable Court refer the case to the Court's ADR program. The parties have agreed and jointly request that the case be assigned to mediation to be conducted by **Magistrate Judge M. Page Kelley.**

[signatures on following page]

Respectfully submitted,

The Defendants,
CAMBRIDGE BOARD OF ZONING APPEAL
and CITY OF CAMBRIDGE,
By their attorneys,

*/s/ Crystal Huff*
Leonard H. Kesten, BBO #542042
Crystal Huff, BBO# 681860
BRODY, HARDOON, PERKINS & KESTEN, LLP
265 Franklin Street, 12th Floor
Boston, MA 02110
(617) 880-7100
lkesten@bhpklaw.com
chuff@bhpklaw.com

The Plaintiff,
LUBAVITCH OF CAMBRIDGE, INC.,
By its attorneys,

*/s/ Yehudah L. Buchweitz*
Yehudah L. Buchweitz (*pro hac vice*)
Rebecca Sivitz (BBO # 684347)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Tel: (212) 310-8000
Yehudah.Buchweitz@weil.com
Rebecca.Sivitz@weil.com

Dated: November 21, 2024

## **CERTIFICATE OF SERVICE**

I hereby certify that this document was filed through the ECF system and will therefore be sent electronically to the registered participants as identified on the Notice of Electric Filing (NEF) and paper copies will be sent to those participants indicated as non-registered participants.

*/s/ Crystal Huff*
Crystal Huff, BBO# 681860

Dated: November 21, 2024